**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN T. KOENIG,

      Petitioner,

  v.

STATE OF CALIFORNIA,

      Respondent.

                   /

No. C 09-05462 CW (PR)

ORDER OF TRANSFER

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus.  Petitioner filed a motion for leave to proceed in forma pauperis.

Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions."  28 U.S.C. § 2241(a).  A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction.  Id. § 2241(d).  The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice.  See id.  Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.

1  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993);

2  Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

3      Here, Petitioner challenges a conviction and sentence incurred

4  in the Tehama County Superior Court, which is in the venue of the

5  Eastern District of California.  See 28 U.S.C. § 84.  Accordingly,

6  that is the proper venue for this action.

7      Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and

8  in the interest of justice, the Clerk of the Court is ordered to

9  TRANSFER this action forthwith to the United States District Court

10  for the Eastern District of California.

11      IT IS SO ORDERED.

12  Dated:  12/29/09

    _____
13  CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE

2

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

STEVEN T. KOENIG,

4

Plaintiff,

Case Number: CV09-05462 CW

5

**CERTIFICATE OF SERVICE**

v.

6

CALIFORNIA STATE OF et al,

7

Defendant.

8

_____/

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

That on December 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

12

13

14

15

Steven Thomas Koenig V-78396
CTF - Soledad
P.O. Box 686

16

SA333 up

17

Soledad,  CA 93960-0686

18

Dated: December 29, 2009

Richard W. Wieking, Clerk

19

By: Sheilah Cahill, Deputy Clerk

20

21

22

23

24

25

26

27

28

3